# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,** an Oklahoma Corporation,<br><br>　　　**Plaintiff,**<br><br>v.<br><br>**INTUITIVE WEB SOLUTIONS, LLC,** and **BRITECORE HOLDINGS, INC.,**<br><br>　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-22-217-SLP<br>)<br>)<br>)<br>)<br>)<br>) |

## ADMINISTRATIVE CLOSING ORDER

In accordance with the Order entered contemporaneously herewith, this matter is administratively terminated until further order of the Court.

IT IS SO ORDERED this 6th day of September, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE